INDEPENDENT WAREHOUSES, INC., RESPONDENT, v. TOWNSHIP OF SADDLE RIVER ET AL., APPELLANTS.

Argued February 4, 1943—Decided May 13, 1943.

For the respondent, *Collins & Corbin.*

For the appellants, *Chandless, Weller & Kramer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—PARKER, BODINE, PERSKIE, PORTER, DEAR, WELLS, HAGUE, THOMPSON, JJ. 8.

*For reversal*—THE CHIEF JUSTICE, HEHER, RAFFERTY, JJ. 3.